IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number 3:17cr53/RV

BROOKE A. CROMER

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On or about February 18, 2017, F.D., a professor at the University of West Florida, noticed unusual activity with his university email address.   He discovered a series of emails that purported to be between himself and another professor, which were not actually authored by either of them.

Thereafter, on or about February 22, 2017, F.D. received an email from an anonymized email address (purposefully untraceable) that seemed to apologize for the aforementioned email activity.   This email made reference to F.D.'s teaching and claimed the prior emails were just "stirring up stupid stuff."   On February 25, 2017, the other professor received over a dozen telephone calls late at night, purportedly from a male student as well as from F.D.   The other professor reported all these communications to campus police writing "I am greatly concerned for my

1

own safety and that of my family..."   As learned later, the defendant was actually spoofing the telephone contact information of the male student and F.D.; she is adept at anonymizing both internet and telephone based identification information.

Harassing emails continued over the next few weeks to both professors from multiple untraceable email addresses.   More spoofed telephone calls were made as well.   This included the defendant using the identities of other students who then, of course, became suspects.   Some examples of the emails are noted below:

On March 1, 2017, the other professor, R.H., received an email from an anonymized email address that read "You're an asshole! I HATE you.   And by the way I'm not a stalker. I just fucking hate you so I'm making your life miserable...motherfucking asshole."

On March 4, 2017, F.D. received an email from an anonymized email address that contained his personal home address in the subject line.   The email read "Imma watchin' u bitch soooo u live in a gated community.   to bad it's gated or I would have killed and chopped off your wife's head.   She's so god damn fuckin' fine man."   On the same date, F.D. (whose wife's initials are S.D.) received an email from an anonymized email address that contained the subject line "can I slice ur wife up like a can of pineapples" and read "lol anyway she needs to...well u know :)."

On March 8, 2017, R.H. received an email from an anonymized email address with the subject line "Drove by ur rented house tonight," and read "U weren't there.

2

Too bad or u woulda been shot dead. I don't like u ur mean & selfish."

On March 29, 2017, the defendant entered F.D.'s office. She admitted that she was the one who engaged in the aforementioned threats. At that time, the defendant stated "it was me." The defendant, when pressed, became vague on inculpatory details, but she did admit it was her.

The FBI thereafter interviewed the defendant, and she provided a long and detailed admission to the criminal episode noted above. This included admissions as to the emails and telephone calls. The defendant also admitted to trying to "mentally abuse" the victims. A forensic examination of the defendant's cell phone revealed incriminating evidence including, but not limited to, some of the threatening emails.

## Elements of the Offense

1. The defendant knowingly sent a message in interstate commerce or using a facility of interstate commerce,
2. Containing a true threat to injure the person of another.

CHRISTOPHER P. CANOVA
United States Attorney

THOMAS S. KEITH
Assistant Federal Public Defender
Florida Bar No. 0243078
3 West Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

2/22/18
Date

2/22/18
Date

BROOKE A. CROMER
Defendant

2-22-18
Date

4